MARY ANN ADAMS et al., as Executors of WALTER ADAMS, Deceased, Respondents, *v.* GEORGE ELWOOD, Appellant.

*Adams* v. *Elwood,* 61 App. Div. 622, appeal dismissed.
(Argued November 13, 1901; decided December 3, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made May 31, 1901, which affirmed an order of Special Term denying a motion to vacate and set aside an order of reference, the referee's report and the judgment entered thereon.

*William L. Mathot* for appellant.

*R. J. Shadbolt* and *James M. Seaman* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.